# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTINEZ,<br>    Plaintiff,<br>v.<br>HYON CHOI, et al.,<br>    Defendants. | Case No. 18-cv-02853-SVK<br><br>**ORDER TO SHOW CAUSE** |

To Plaintiff Juan Martinez, you are hereby ORDERED to SHOW CAUSE in writing, on or before August 27, 2018, why Defendants should not be dismissed from this action for failure to prosecute.

The complaint was filed on May 15, 2018, and there is no indication on the docket that Defendants have been served with process. Fed. R. Civ. P. 4(m) requires defendants to be served within 90 days after the complaint is filed. Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall submit a written response on or before August 27, 2018. The Court advises Plaintiff that a failure to respond to the Order to Show Cause by August 27, 2018 will result in the dismissal of Defendants without prejudice.

**SO ORDERED.**

Dated: August 17, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge